# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| IN RE: NANCY JOAN THOMAS<br><br>*Debtor,* | CIVIL NO. 3:06cv00037 |
| NANCY JOAN THOMAS,<br><br>*Appellant,*<br><br>v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>*Appellee.* | **JUDGMENT ORDER**<br><br><br><br>JUDGE NORMAN K. MOON |

For the reasons set forth in the accompanying Memorandum Opinion, the judgment of the United States Bankruptcy Court for the Western District of Virginia is hereby AFFIRMED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Judgment Order to all counsel of record.

ENTERED: *[signature]*
United States District Judge

January 9, 2009
Date